UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDON BOLANOS,<br><br>          Petitioner,<br><br>     v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>          Defendant. | No.  2:15-mc-0129 GEB CKD<br><br>FINDINGS AND RECOMMENDATIONS |

      This action was referred to the undersigned pursuant to Local Rule 302(c)(10).  As provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 90 days after the filing of the complaint.  The instant action was filed on October 28, 2105.  There is no evidence in the record before the court that petitioner has properly and timely served defendant in compliance with Federal Rule of Civil Procedure 4(i). In addition, there is no evidence that petitioner has complied with the requirements of  26 U.S.C. section 7609(b)(2)(B) (Petitioner must "mail by registered or certified mail a copy of the petition to the [party] summoned and to such office as the Secretary may direct in the notice.").

      As a member of the State Bar of California and a member of the Bar of the Eastern District of California, petitioner presumably understands his obligations under the Federal Rules

/////

1

1  of Civil Procedure and the statute governing this petition.  Petitioner has failed to comply with
2  those requirements.  Petitioner has taken no steps to prosecute this action.
3       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.
4       These findings and recommendations are submitted to the United States District Judge
5  assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6  after being served with these findings and recommendations, any party may file written
7  objections with the court and serve a copy on all parties.  Such a document should be captioned
8  "Objections to Findings and Recommendations."  Any reply to the objections shall be served and
9  filed within ten days after service of the objections.  The parties are advised that failure to file
10 objections within the specified time may waive the right to appeal the District Court's order.
11 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
12 Dated:  August 17, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bolanos0129.4m.57